IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JULIE ANN ROBINSON                                                                              PLAINTIFF

vs.                                         Civil No. 5:20-cv-05177

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                                                   DEFENDANT

### REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Julie Ann Robinson ("Plaintiff") brings this action pursuant to § 205(g) of Title II of the Social Security Act ("The Act"), 42 U.S.C. § 405(g) (2010), seeking judicial review of a final decision of the Commissioner of the Social Security Administration ("SSA") denying her application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI") under Titles II and XVI of the Act. Based on Plaintiff's failure to follow a Court Order and timely file her Brief, this Court recommends Plaintiff's case be **DISMISSED** for failure to prosecute.

**1. Background:**

On October 2, 2020, Plaintiff filed a Complaint appealing the Commissioner's final administrative decision denying her claim for a period of disability, DIB and SSI under Titles II and XVI of the Act. ECF No. 1. On February 25, 2021, Defendant filed her Answer to Plaintiff's Complaint and a Social Security Transcript of the administrative proceedings. ECF Nos. 15, 16.

On February 26, 2021, this Court entered a Text Only Social Security Scheduling Order directing Plaintiff to file a brief within 30 days of the date of the filing of the transcript. ECF No. 17. The Order specifically stated Plaintiff's brief was due by March 29, 2021. The Order placed Plaintiff on notice that "Plaintiff's failure to file a timely brief may result in dismissal for failure to prosecute." *Id.*

Three days after Plaintiff's brief was due, Plaintiff filed a Motion for Extension to file an appeal brief. ECF No. 18. On April 1, 2021, this Court entered an Order granting Plaintiff an extension until May 3, 2021, to file an Appeal Brief. ECF No. 19. Plaintiff failed to file an Appeal Brief by May 3, 2021.

On June 1, 2021, this Court ordered Plaintiff to show cause why the Court should not recommend the dismissal of this case due to Plaintiff's failure to prosecute this action, comply with an order of the Court, and file an appeal brief. ECF No. 20. Plaintiff was to respond no later than June 15, 2021. *Id.* Plaintiff has failed to respond to this Court Order and has not filed her appeal brief.

**2. Conclusion:**

Based on the foregoing, the undersigned finds the Plaintiff has failed to show cause why the action against Defendant Social Security Administration should not be dismissed for failure to prosecute. This Court recommends the Plaintiff's Complaint be **DISMISSED**.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. See *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**ENTERED this 24th day of June 2021.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE